# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

ROSE SARFO

Defendant(s).

2:23-cr-0132-APG-EJY

## SUBSTITUTION OF ATTORNEY

ROSE SARFO _____ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

PAUL S. PADDA
(New Attorney)

(Address): 4560 South Decatur Blvd., Suite 300, Las Vegas, NV 89103

(Telephone): (702) 366-1888 , as attorney of record in place and

stead of: Osvaldo E. Fumo, Esq.
(Present Attorney)

DATED: 7/21/2023         _____
                         (Signature of Party)

I consent to the above substitution.

DATED: July 25, 2023     _____
                         (Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

I am duly admitted to practice in this District.
Above substitution accepted.
DATED: July 25, 2023

_____
(Signature of New Attorney)

Please check one: ✓ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: July 26, 2023

_____
UNITED STATES DISTRICT JUDGE